IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Rosen Family Chiropractic, S.C., | ) | |
| | ) | |
| Plaintiff, | ) | Honorable John J. Tharp |
| | ) | |
| v. | ) | |
| | ) | |
| Chi-Town Pizza on Division Street, Inc. | ) | 11-cv-6753 |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action without prejudice, with leave to reinstate on or before August 6, 2015. If a motion to reinstate is not filed by August 6, 2015, the dismissal of Plaintiff's claims will automatically convert to a dismissal with prejudice, without further order of the Court. The dismissal of the claims of any absent class members, however, will remain without prejudice.

Respectfully Submitted,

/s/ Timothy J. Sostrin
One of Plaintiff's attorneys

Timothy Sostrin
Keogh Law LTD
55 W Monroe St, Ste 3390
Chicago IL 60603
312.726.1092 (phone)
312.726.1093 (facsimile)
TSostrin@keoghlaw.com

/s/ Guy M. Conti
One of Defendant's Attorneys

Guy M. Conti
Condon & Cook, LLC
745 North Dearborn Street
Chicago, IL 60654
312.266.1313
312.266.8148 (facsimile)