## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Rosen Family Chiropractic, S.C.

             Plaintiff,

v.                   Case No.: 1:11−cv−06753
                  Honorable John J. Tharp Jr.

Chi−Town Pizza on Division Street, Inc.

             Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, July 8, 2015:

  MINUTE entry before the Honorable John J. Tharp, Jr:Upon the parties' joint stipulation to dismiss the case [120], and pursuant to FRCP (a)(1)(A)(ii), this case is dismissed without prejudice, and with leave to reinstate on or before 8/6/15. After 8/6/15, said dismissal will be with prejudice. All pending dates and deadlines are hereby stricken. Case terminated. Mailed notice(air, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.